UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) ) C.R. No. 23-63-JJM-PAS |
| ALEXANDRE COSTA-MOTA, <br> Defendant. | ) <br> ) <br> ) <br> ) |

ORDER

Before the Court is Alexandre Costa-Mota's Motion to Revoke Detention Order. ECF No. 23. After a hearing on the motion, and after a de novo review of the entire record, including the proceedings and orders before the Magistrate Judge, the Court DENIES the Motion. The Court finds that Mr. Costa-Mota represents a serious risk that he will flee, and that the government has met its burden in establishing that there are "no condition or combination of conditions [that] will reasonably assure the appearance of [Mr. Costa-Mota] as required." 18 U.S.C. § 3142(e)(1).

The Court comes to this conclusion mostly for the reasons in the Magistrate Judge's Supplement to Order of Detention (ECF No. 17), but specifically for two overriding reasons:

1. Mr. Costa-Mota's 16 arrests in five states for allegedly fraudulent activities over a three-year period, always resulted in him violating his conditions of release by going out and allegedly committing another fraudulent crime. As Magistrate Judge Sullivan stated:

> [D]espite release following arrest, Defendant's conduct was not impacted by any court-ordered bail conditions (or the court's trust when bail conditions were not set), in that his conduct did not abate. This pattern supports my finding that Defendant did not respect the bail conditions or the trust in him as set by these courts and, therefore, cannot be trusted to abide by conditions—including those requiring his appearance—that might be set by this Court.

ECF No. 17 at 5.

2. During the alleged fraudulent scheme, Mr. Costa-Mota is alleged to have used 15 forms of identification (ECF No. 25), giving rise to the belief that he has the means and ability to disappear.

The Court DENIES Alexandre Costa-Mota's Motion to Revoke Detention Order. ECF No. 23.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

August 16, 2023